## Horstman *v.* Horstman, Appellant.

Argued September 9, 1975. *Robert J. McDonnell,* with him *McDonnell & McDonnell,* for appellant; *Roland J. Christy,* for appellee.

Order affirmed.

## Hummel *v.* Geis, Appellant.

Argued September 9, 1975. *Glenn D. McGogney,* with him *Bagley, Weaver & Sydor,* for appellant; *Joseph P. Green,* with him *William W. Litke,* and *Litke, Gettig, Flood, Lee & Martin,* for appellee.

Order affirmed.

## Juliano *v.* Grace Evangelical Lutheran Church, Appellant.

## Juliano et vir *v.* Grace Evangelical Lutheran Church, Appellant.

Argued September 10, 1975. *John J. O'Brien, Jr.,* for appellant; *Julius E. Fioravanti,* for appellees.

Order in each appeal affirmed.